JAMES PATTON
Attorney at Law
209 South Livingston Ave., Suite 9
Livingston, New Jersey 07039
(973) 992-3500
Attorney for Defendant Adrian Speed

```
                              UNITED STATES DISTRICT COURT
                                 DISTRICT OF NEW JERSEY
............................
                             :
UNITED STATES OF AMERICA     :    Criminal No. 07-912
                             :
                             :    Hon. Susan D. Wigenton
            v.               :
                             :    ORDER CLARIFYING
ADRIAN SPEED                 :    JUDGMENT
............................
```

This matter having been opened to the Court on the motion of Defendant Adrian Speed, through his attorney James Patton, and the Court having considered the application of counsel and for good cause shown, and the Government having no objection

It is on this 12th day of Dec, 2008 ORDERED that Defendant is authorized to pick up his daughters after day care

_____
Hon. Susan D. Wigenton

I hereby consent
to the form and entry
of this Order

_____
Matthew Beck
Office of the United States Attorney

_____
James Patton
Attorney for Adrian Speed