PROB 12A
(7/93)

# United States District Court

for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Adrian Speed                                     Cr.: 07-CR-912-01
                                                                    PACTS #: 48251

Name of Sentencing Judicial Officer: The Honorable Susan D. Wigenton

Date of Original Sentence: 11/06/08

Original Offense: Conspiracy to Defraud the United States

Original Sentence: 3 years Probation; 6 months Home Confinement; Financial Disclosure, No New Debt and $10,373 in Restitution

Type of Supervision: PROB                          Date Supervision Commenced: 11/06/08

## STATUS REPORT

U.S. Probation Officer Action:

On November 6, 2008, the offender began his 36 month term of supervised release. The offender was transferred to our low intensity caseload on February 3, 2011.

Mr. Speed currently resides in North Brunswick, New Jersey. He has been employed as a laborer with the Middlesex County Road and Highway Division since 2007. We believe that Mr. Speed has paid the court-ordered restitution to the best of his financial ability. To date, he has paid $3,142 towards his obligation. It should be noted that should his term of supervision expire as scheduled, his case will be referred to the U.S. Attorney's Office, Financial Litigation Unit for collection.

**Recommendation:** It is respectfully requested that Your Honor take no further action and allow Mr. Speed's term of supervision to expire as scheduled on November 5, 2011.

Respectfully submitted,

By: Patricia C. Jensen
U.S. Probation Officer Assistant
Date: October 27, 2011

[X] Concur with the recommendation of U.S. Probation
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

November 3, 2011
Date